UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Khaalida Booth, | § | |
|       Plaintiff, | § | |
| versus | § | Civil Action H-21-129 |
| CVS Pharmacy, Inc., | § | |
|       Defendant. | § | |

## Final Dismissal

On the agreement of the parties, the case is dismissed with prejudice. (22)

Signed on June 8, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge